SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
KAJSA M. MINOR (Bar #251222)
kminor@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
SIMPSON STRONG-TIE COMPANY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STEEL PRODUCTS, dba USP STRUCTURAL CONNECTORS, a Minnesota company,<br><br>Defendant. | Case No. 3:13-cv-1644-EDL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Case No.
3:13-cv-1644-EDL

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CMC

1    WHEREAS Plaintiff Simpson Strong-Tie Company Inc. served its Complaint on Defendant United Steel Products on April 12, 2013;

WHEREAS, Plaintiff and Defendant previously stipulated to extend the date by which Defendant must respond to the Complaint to June 3, 2013, which stipulation was filed with the Court on May 8, 2013 pursuant to Local Rule 6-1(a);

WHEREAS Plaintiff and Defendant are currently engaged in settlement discussions and wish to avoid either party incurring potentially unnecessary fees and expenses;

WHEREAS Plaintiff has agreed to further extend the time for Defendant to answer or otherwise respond to the Complaint to July 3, 2013;

WHEREAS the Parties respectfully request that the Court adjust the dates set forth in its April 11, 2013 Order Setting Initial Case Management Conference and Deadlines to allow for the parties' ongoing settlement discussions and to accommodate the extended time Plaintiff has granted Defendant to respond to the Complaint.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. Defendant shall have until July 3, 2013 to Answer or otherwise respond to Plaintiff's Complaint.

2. The last day to file Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement currently set for July 2, 2013 shall be continued to August 20, 2013.

3. The Initial Case Management Conference currently set for July 9, 2013 shall be continued to August 27, 2013 or as soon thereafter as is convenient for the Court.

//
//
//
//
//
//

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1

Case No.
3:13-cv-1644-EDL

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CMC

DATED: June 3, 2013                    SHARTSIS FRIESE LLP

By:   */s/ James P. Martin*
         JAMES P. MARTIN

Attorneys for Plaintiff
SIMPSON STRONG-TIE COMPANY INC.

DATED: June 3, 2013

By:   */s/ Joseph C. Carr, Jr.*
         JOSEPH C. CARR, JR.

Attorneys for Defendant
UNITED STEEL PRODUCTS, dba USP STRUCTURAL CONNECTORS.

### [PROPOSED] ORDER CONTINUING MANAGEMENT CONFERENCE

GOOD CAUSE THEREFORE APPEARING:

1. Defendant shall have until July 3, 2013 to respond or otherwise Answer the Complaint.

2. The last day for the parties to file Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement shall be August 20, 2013.

3. The Initial Case Management Conference is hereby continued to August 27, 2013 at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated  June 4 , 2013

[signature: Elizabeth D. Laporte]
United States ~~District~~ Judge
                Magistrate

1435\166\1899390.2

---

Case No.
cv-13-1644-EDL

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CMC

2