1  SHARTSIS FRIESE LLP
   ARTHUR J. SHARTSIS (Bar #51549)
2  ashartsis@sflaw.com
   JAMES P. MARTIN (Bar #170044)
3  jmartin@sflaw.com
   JOSEPH V. MAUCH (Bar #253693)
4  jmauch@sflaw.com
   One Maritime Plaza, Eighteenth Floor
5  San Francisco, CA  94111
   Telephone:  (415) 421-6500
6  Facsimile:  (415) 421-2922

7  Attorneys for Plaintiff
   SIMPSON STRONG-TIE COMPANY INC.

8

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  SIMPSON STRONG-TIE COMPANY          Case No.  3:13-cv-1644-EDL
    INC., a California corporation,
15                                      **STIPULATION AND PROPOSED ORDER**
                   Plaintiff,           **EXTENDING TIME FOR DEFENDANT**
16                                      **TO RESPOND TO COMPLAINT AND**
    v.                                  **CONTINUING INITIAL CASE**
17                                      **MANAGEMENT CONFERENCE**
    UNITED STEEL PRODUCTS, dba USP
18  STRUCTURAL CONNECTORS, a
    Minnesota company,
19
                   Defendant.
20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

WHEREAS Plaintiff Simpson Strong-Tie Company Inc. served its Complaint on Defendant United Steel Products on April 12, 2013;

WHEREAS, Plaintiff and Defendant previously stipulated to extend the date by which Defendant must respond to the Complaint to August 12, 2013, which stipulation was filed with the Court on July 3, 2013 pursuant to Local Rule 6-1(a);

WHEREAS Plaintiff and Defendant are currently engaged in settlement discussions and wish to avoid either party incurring potentially unnecessary fees and expenses;

WHEREAS Plaintiff has agreed to further extend the time for Defendant to answer or otherwise respond to the Complaint to September 12, 2013;

WHEREAS the Parties respectfully request that the Court adjust the dates set forth in its July 3, 2013 Order to allow for the parties' ongoing settlement discussions and to accommodate the extended time Plaintiff has granted Defendant to respond to the Complaint.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1.      Defendant shall have until September 12, 2013 to answer or otherwise respond to Plaintiff's Complaint.

2.      The last day to file Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement currently set for October 8, 2013 shall be continued to November 8, 2013.

3.      The Initial Case Management Conference currently set for October 15, 2013 shall be continued to November 15, 2013 or as soon thereafter as is convenient for the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1

1   DATED:       August 6, 2013          SHARTSIS FRIESE LLP

2

3                                        By:_____/s/ James P. Martin_____
                                                JAMES P. MARTIN
4
                                         Attorneys for Plaintiff
5                                        SIMPSON STRONG-TIE COMPANY INC.

6
    DATED:       August 6, 2013
7

8                                        By _____/s/ Joseph C. Carr, Jr._____
                                                JOSEPH C. CARR, JR.
9
                                         Attorneys for Defendant
10                                       UNITED STEEL PRODUCTS, dba USP
                                         STRUCTURAL CONNECTORS.
11

12

13         **ATTESTATION REGARDING ELECTRONIC SIGNATURES**

14         I, James Martin, the ECF filer whose ID and password were used in the electronic filing of

15   this Stipulation and Proposed Order Extending Time for Defendant Respond to the Complaint and

16   to Continue the Initial Case Management Conference, do hereby attest that concurrence in the

17   filing of the document has been obtained from the other Signatory whose signature appears

18   electronically.

19

20   DATED:       August 6, 2013          SHARTSIS FRIESE LLP

21

22                                        By:_____/s/ James P. Martin_____
                                                JAMES P. MARTIN
23
                                         Attorneys for Plaintiff
24                                        SIMPSON STRONG-TIE COMPANY INC.

25

26

27

28

Case No.                 STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
cv-13-1644-EDL           DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CMC

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**[PROPOSED] ORDER CONTINUING MANAGEMENT CONFERENCE**

**GOOD CAUSE THEREFORE APPEARING**:

1.      Defendant shall have until September 12, 2013 to Answer or otherwise respond to Plaintiff's Complaint.

2.      The last day to file Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement shall be November 8, 2013.

3.      The Initial Case Management Conference is hereby continued to November 15, 2013 at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**,

Dated August _7_, 2013

_____

United States Magistrate Judge

Elizabeth D. Laporte

Case No.
3:13-cv-1644-EDL

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CMC

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111