SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
SIMPSON STRONG-TIE COMPANY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STEEL PRODUCTS, dba USP STRUCTURAL CONNECTORS, a Minnesota company,<br><br>Defendant. | Case No. 3:13-cv-1644-EDL<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1  WHEREAS Plaintiff Simpson Strong-Tie Company Inc. served its Complaint on Defendant United Steel Products on April 12, 2013;

WHEREAS, Plaintiff and Defendant previously stipulated to extend the date by which Defendant must respond to the Complaint to August 12, 2013, which stipulation was filed with the Court on July 3, 2013 pursuant to Local Rule 6-1(a);

WHEREAS Plaintiff and Defendant are currently engaged in settlement discussions and wish to avoid either party incurring potentially unnecessary fees and expenses;

WHEREAS Plaintiff has agreed to further extend the time for Defendant to answer or otherwise respond to the Complaint to September 12, 2013;

WHEREAS the Parties respectfully request that the Court adjust the dates set forth in its July 3, 2013 Order to allow for the parties' ongoing settlement discussions and to accommodate the extended time Plaintiff has granted Defendant to respond to the Complaint.

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. Defendant shall have until September 12, 2013 to answer or otherwise respond to Plaintiff's Complaint.

2. The last day to file Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement currently set for October 8, 2013 shall be continued to November 8, 2013.

3. The Initial Case Management Conference currently set for October 15, 2013 shall be continued to November 15, 2013 or as soon thereafter as is convenient for the Court.

///
///
///
///
///
///
///

1

Case No.
3:13-cv-1644-EDL

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CMC

| | | |
|---|---|---|
| DATED: | August 6, 2013 | SHARTSIS FRIESE LLP |

By: */s/ James P. Martin*
JAMES P. MARTIN

Attorneys for Plaintiff
SIMPSON STRONG-TIE COMPANY INC.

DATED: August 6, 2013

By */s/ Joseph C. Carr, Jr.*
JOSEPH C. CARR, JR.

Attorneys for Defendant
UNITED STEEL PRODUCTS, dba USP STRUCTURAL CONNECTORS.

**ATTESTATION REGARDING ELECTRONIC SIGNATURES**

I, James Martin, the ECF filer whose ID and password were used in the electronic filing of this Stipulation and Proposed Order Extending Time for Defendant Respond to the Complaint and to Continue the Initial Case Management Conference, do hereby attest that concurrence in the filing of the document has been obtained from the other Signatory whose signature appears electronically.

DATED: August 6, 2013  SHARTSIS FRIESE LLP

By: */s/ James P. Martin*
JAMES P. MARTIN

Attorneys for Plaintiff
SIMPSON STRONG-TIE COMPANY INC.

2

Case No. cv-13-1644-EDL — STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CMC

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**[PROPOSED] ORDER CONTINUING MANAGEMENT CONFERENCE**

**GOOD CAUSE THEREFORE APPEARING**:

1. Defendant shall have until September 12, 2013 to Answer or otherwise respond to Plaintiff's Complaint.

2. The last day to file Rule 26(f) Report, complete initial disclosures, or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement shall be November ~~8~~ 5, 2013.

3. The Initial Case Management Conference is hereby continued to November ~~15~~ 12, 2013 at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**,

Dated August  7 , 2013

_____
United States Magistrate Judge
Elizabeth D. Laporte

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

Case No.
3:13-cv-1644-EDL

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND CONTINUING INITIAL CMC

1